IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH W. MCCLAIN, JR., : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 1:12-CV-352 |
| : | |
| MICHAEL LEANDER DAVIS, *et al.*, : | |
| Defendants : | |

*O R D E R*

AND NOW, this 13th day of November, 2012, upon consideration of the detailed and thorough Report and Recommendation ("R&R") (Doc. 22) filed in this matter by Magistrate Judge Carlson, to which no objections have been filed, and upon an independent review of the record, the R&R is accepted.

Pursuant to Judge Carlson's recommendation, it is ORDERED that the plaintiff's complaints against all remaining defendants are dismissed for failure to prosecute.

The Clerk is directed to enter judgment in favor of all current defendants and against the plaintiff, and close this file.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge